JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRAYAN MEZA,

    Petitioner,

vs.

THE PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.

Case No. CV 15-08809 - FMO (KES)

**JUDGMENT**

For the reasons set forth in the accompanying Order, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: Nov. 19, 2015

                                                    FERNANDO M. OLGUIN
                                                    UNITED STATES DISTRICT JUDGE